**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Kendra Ross v. Royall Jenkins, et al.    Case Number: 1:18-cv-06939

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Kendra Ross

Attorney name (type or print):  Kathryn A. Campbell

Firm:    McGuireWoods LLP

Street address:    77 W. Wacker Dr., Suite 4100

City/State/Zip:    Chicago, IL  60601

Bar ID Number: 6326664                    Telephone Number:    (312) 750-3584
(See item 3 in instructions)

Email Address: kcampbell@mcguirewoods.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2018

Attorney signature:    S/ Kathryn A. Campbell
              (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015